# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

Clifford W. Taylor,
Chief Justice

132832

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC:  132832
                                         COA:  270094
                                         Wayne CC:  87-005888

ANDRE McRUNELS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 9, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

                                    Clerk

s0521